| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor(s), Palmore Minott |

**Order Filed on May 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

    **PALMORE MINOTT**,

       Debtor.

Case No. 20-11523-RG

Chapter 13

**Hearing Date: May 25, 2021
at 10:00 am**

**ORDER APPROVING (i) THE SALE OF 2148 TYLER STREET, UNION, NEW JERSEY 07083, (ii) THE DISTRIBUTION OF PROCEEDS, AND (iii) THE AWARD OF COUNSEL FEES AS AN ADMINISTRATIVE EXPENSE PAYABLE AT CLOSING**

    The relief set forth on the following pages numbered two (2) and three (3) is hereby

**ORDERED**.

**DATED: May 25, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:       2
Debtor:     **Palmore Minott**
Case No.:   **20-11523-RG- Chapter 13**
Caption:    **Order Approving (i) the Sale of 2148 Tyler Street, Union, New Jersey 07083, (ii) the Distribution of Proceeds, and (iii) the Award of Counsel Fees as an Administrative Expense Payable at Closing**

---

Upon the debtor's motion to approve the sale of the real property, more commonly known as 2148 Tyler Street. Union, New Jersey 07083 (the "Property") by the seller, Palmore Minott, to the purchaser(s), Sultan Robinson and Ebonye R. Jacobs (together, "Purchaser"), for the purchase price of $375,000.00, and for the other relief requested, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY, ORDERED** as follows:

1. The debtor is authorized to sell the Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363 and 1303.

2. The proceeds of sale must be used to satisfy the liens on the Property unless the liens are otherwise avoided by court order. The sale shall be deemed free and clear of all liens and encumbrances except as otherwise specifically provided in this Order.

3. The proceeds of sale will be used to satisfy the existing first mortgage on the Property serviced by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust and/or its successors and/or assigns (the "Secured Creditor") in an amount sufficient to pay off said lien on the closing date in accordance with an updated payoff statement to be provided at the time of closing, and any proof of claim filed by Secured Creditor in the debtor's Chapter 13 case will no longer receive payment from the Chapter 13 Trustee under the plan as the loan will

Page:  3
Debtor:       **Palmore Minott**
Case No.:     **20-11523-RG- Chapter 13**
Caption:      Order Approving (i) the Sale of 2148 Tyler Street, Union, New Jersey 07083, (ii) the Distribution of Proceeds, and (iii) the Award of Counsel Fees as an Administrative Expense Payable at Closing

---

be paid in full at closing.

4. Debtor's real estate closing counsel may pay or escrow sufficient closing funds to pay any real estate counsel legal fees and costs, real estate broker commissions, and recording charges and other miscellaneous closing costs, as applicable, under the terms of the contract of sale, in the ordinary course of the real estate transaction, that are necessary to deliver title free and clear of liens to the Purchaser, excluding amounts that may be due for the mortgage payoff to Secured Creditor.

5. Goldman & Beslow, LLC, shall be paid $2,500.00 for legal fees and reimbursed for costs and expenses, if any, at the time of closing.

6. Adjustments to the price as provided for in the contract of sale may be made at closing, as necessary.

7. Any remaining balance of proceeds thereafter shall be remitted to the debtor.

8. The fourteen (14) day period under Fed. R. Bank. P. 6004(h) is hereby waived.

9. The sale is deemed exempt from payment of a realty transfer fee or tax pursuant to the provisions of 11 U.S.C. §§ 363 and 1303 and pursuant to *N.J.S.A.* 46:15-10(g).

431 A copy of the closing statement (ALTA/HUD) shall be provided to the Chapter 13 Trustee within seven (7) days after the closing.#

#